1
2
3
4
5
6
7

8            UNITED STATES DISTRICT COURT

9         FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   VINOD SHARMA AND VINJAY L.            No.  2:20-cv-921-JAM-KJN (PS)
     SHARMA,
12                                         ORDER
                  Plaintiffs,
13                                         (ECF Nos. 5, 17, 23)
     v.
14
     HSI ASSET LOAN OBLIGATION
15   TRUST 2001-1, et al.,

16                Defendants.

17

18          On July 17, 2020 the magistrate judge filed findings and recommendations (ECF No. 23),

19   which were served on the parties and which contained notice that any objections to the findings

20   and recommendations were to be filed within fourteen (14) days.  On July 27, 2020, plaintiff filed

21   objections to the findings and recommendations (ECF No. 25), which have been considered by

22   the court.

23          This court reviews de novo those portions of the proposed findings of fact to which an

24   objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore

25   Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981); see also Dawson v. Marshall, 561 F.3d

26   930, 932 (9th Cir. 2009).  As to any portion of the proposed findings of fact to which no objection

27   has been made, the court assumes its correctness and decides the matter on the applicable law.

28   See Orand v. United States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's

                                              1

conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified School Dist., 708 F.2d

452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing,

concludes that it is appropriate to adopt the findings and recommendations in full.  Accordingly,

IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 23) are ADOPTED IN FULL;

2. Plaintiffs' Motion to Remand (ECF No. 17) is DENIED;

3. Defendant's Motion to Dismiss (ECF No. 5) is GRANTED;

4. Plaintiffs' claims are DISMISSED WITH PREJUDICE; and

5. The Clerk of the Court is directed to CLOSE this case and vacate all pending hearing
   dates.

DATED:  August 31, 2020

/s/ John A. Mendez_____

UNITED STATES DISTRICT COURT JUDGE